UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIIM, INC., <br>     Plaintiff, <br> v. <br> KENNETH THOMAS CUCCINELLI, et al., <br>     Defendants. | Case No. 20-cv-00145-SVK <br><br> **ORDER REGARDING MOTION TO VOLUNTARILY DISMISS THE COMPLAINT** <br><br> Re: Dkt. No. 11 |

On February 3, 2020, Plaintiff Striim, Inc. ("Plaintiff") filed a motion asking this Court to voluntarily dismiss the complaint. Dkt. 11. The Court directs Plaintiff to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure for guidance on how to voluntarily dismiss an action without a court order.

**SO ORDERED.**

Dated: February 3, 2020

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge