UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIIM, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNETH THOMAS CUCCINELLI, et al., <br><br> Defendants. | Case No. 20-cv-00145-SVK <br><br> **SECOND ORDER REGARDING MOTION TO VOLUNTARILY DISMISS THE COMPLAINT** <br><br> Re: Dkt. Nos. 11, 12 |

On February 3, 2020, Striim, Inc. ("Plaintiff") filed a motion asking this Court to voluntarily dismiss the complaint. Dkt. 11. Also on February 3, the Court issued an order directing Plaintiff to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure for guidance on how to voluntarily dismiss an action without a court order. Dkt. 12 ("February 3, 2020 Order"). Rule 41(a)(1)(A)(i) permits the filing of "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff has not yet acted on the Court's February 3, 2020 Order. Accordingly, the Court now **ORDERS** Plaintiff to file a voluntary dismissal of the action by **February 28, 2020.** If Plaintiff does not file a dismissal by this date, the Court will reassign the case to a District Judge with a recommendation that it be dismissed.

**SO ORDERED.**

Dated: February 18, 2020

SUSAN VAN KEULEN
United States Magistrate Judge